People of the State of Illinois, Plaintiff-Appellee, v. Clarence Carroll (Impleaded), Defendant-Appellant.

Gen. No. 51,308. (Abstract of Decision.)

First District, Third Division.

October 17, 1968.

Gerald W. Getty, Public Defender of Cook County, of Chicago (Justine Knipper and James J. Doherty, Assistant Public Defenders, of counsel), for appellant; John J. Stamos, State's Attorney of Cook County, of Chicago (Elmer C. Kissane, Arnold F. Block, and John M. Goldberg, Assistant State's Attorneys, of counsel), for appellee. Opinion by JUSTICE SCHWARTZ. Not to be published in full.